IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

REGINALD M. THURMAN                                                                                    PLAINTIFF

VS.                                         Civil No. 1:11-cv-1041

BOB KILGORE, CDL Driver, Calhoun County;
FLOYD NUTT, County Judge, Calhoun County;
and BOB DUNN, Sheriff of Calhoun County                                                 DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed August 8, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Bryant recommends that Separate Defendants Floyd Nutt and Bob Dunn's Motion for Judgment on the Pleadings (ECF No. 13) be granted and that Plaintiff's claims against them be dismissed with prejudice. Specifically, Judge Bryant found that Plaintiff's claims of verbal abuse are not actionable under 42 U.S.C. § 1983. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against Defendant Floyd Nutt and Defendant Bob Dunn are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of August, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge