IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

REGINALD M. THURMAN                                                                 PLAINTIFF

V.                                         CASE NO. 11-CV-1041

BOB KILGORE and
CALHOUN COUNTY, ARKANSAS                                                    DEFENDANT

# ORDER

Before the Court is the Report and Recommendation filed February 6, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 27.  Judge Bryant recommends that Defendant Calhoun County's Motion to Dismiss (ECF No. 24) be granted and that Plaintiff's remaining claims against Defendant Bob Kilgore in his individual capacity be dismissed without prejudice.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Defendant Calhoun County's Motion to Dismiss (ECF No. 24) is GRANTED, and Plaintiff's claims against Calhoun County are DISMISSED WITHOUT PREJUDICE.  Also, Plaintiff's individual capacity claims against Defendant Bob Kilgore are DISMISSED WITHOUT PREJUDICE.  Because all Defendants have been dismissed from this case, the Clerk is directed to close the case.

**IT IS SO ORDERED**, this 2nd day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge